UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-464(DSD/JMM)

Gary Schofield,

Plaintiff,

v.

**ORDER OF REFERENCE**

Travelers Insurance Company, et al.,

Defendants,

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on plaintiff's motion for default judgment [Docket No. 8] which has been filed in this matter.

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A) that United States Magistrate Judge John M. Mason is designated to conduct hearings and issue an order on plaintiff's motion to remand to state court [Docket No. 8] filed in this matter. Any such motions shall be heard before Magistrate Judge John M. Mason.

Dated: March 28, 2002

David S. Doty, Judge
United States District Court

FILED 3-28-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______